# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3885

_____

Frank R. Owens,

          Appellant,

    v.

Verlyn Isaac; Jean Evan; C/O Phillip;
Mike Bickford; William Soupene;
Kevin Hagemann; Marilee S.
Giegerich; K. Clark; Stephen Salviati;
Tyrone Bontrager; Raymond Turano;
Samuel Fierro; Larry J. Theilen; Lt.
Pasker; Randy Oldenburger; Tom
Luensman; Dan Dietiker; Steve Lynch;
William Rindy; C/O Baker; Kathy
Condon; Jerry Burt; Steven Wendl;
Jake Noonan,

          Appellees.

\* Appeal from the United States
\* District Court for the Northern
\* District of Iowa.
\*
\* [UNPUBLISHED]

_____

Submitted: May 7, 2009
Filed: May 12, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal, Iowa inmate Frank R. Owens challenges the district court's[1] denial of preliminary injunctive relief in his 42 U.S.C. § 1983 action. In Owens's November 2007 motion for a preliminary injunction, he sought a transfer from the Iowa State Penitentiary (ISP) to either the Anamosa State Prison or the Clarinda Correctional Facility (CCF). His motion was based on his assertion that he and his known enemy were both assigned to the same unit at ISP. Because Owens has since been transferred to CCF, we dismiss his appeal as moot. Cf. Smith v. Hundley, 190 F.3d 852, 855 (8th Cir. 1999) (inmate's claim for injunctive relief to improve conditions was moot when he was transferred to another facility and no longer subject to those conditions).

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.